IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Kathy Bonner,<br><br>                Plaintiff,<br><br>     vs.<br><br>Jo Anne B. Barnhart,<br>Commissioner of Social Security,<br><br>                Defendant. | Civil Action No. 6:05-1502-RBH-WMC<br><br>**REPORT OF MAGISTRATE JUDGE** |

       The complaint in this case was filed on May 23, 2005, and service was due by September 21, 2005. On October 14, 2005, more than three weeks after the service deadline, the plaintiff filed a motion for extension of time to serve. By order of this court filed October 19, 2005, the motion was denied, with the right to refile, based on the plaintiff's failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure, which requires a showing of good cause for failure to timely serve. To date, the plaintiff has not refiled the motion.

       Wherefore, as it appears the plaintiff does not wish to pursue this matter, it is recommended that the case be dismissed.

                                            s/William M. Catoe<br>
                                            United States Magistrate Judge

November 14, 2005

Greenville, South Carolina